UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


<u>United States of America</u>

    v.                    Criminal No. 05-cr-190-01-SM

<u>Mitchell Krasco</u>


ORDER

Re: Document No. 139, Motion to Appoint New Counsel

Ruling: Granted. Although defendant's motion for replacement appointed counsel is not well-founded (given the record, his release on conditions prior to pleading was unlikely, so, his plea was probably not actually determinative of his detention status, though the applicable standard did increase in severity as a result of the plea), still, this is his first request to new counsel, and under the circumstances it is plausible that the relationship with current counsel is strained.

                                                Steven J. McAuliffe
                                              Chief District Judge

Date: January 30, 2006

cc:  Joseph Laplante, Esq.
     Jennifer Jones, Esq.
     U. S. Probation
     U. S. Marshal